■ In the Matter of HELEN H. EPSTEIN, Respondent, v. CARMEN CORBELLI, Appellant.— Order of the Family Court entered June 3, 1963, unanimously modified, on the facts and in the exercise of discretion, so as to reduce the amount of support to $20 weekly, and, as so **modified, affirmed,** without costs

and without disbursements. It appears from the evidence that the required payment of $25 a week is too high if we are to judge by the appellant's earnings and the needs of the child. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.